# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-817

_____

RUSSELL K. SIMARD,

Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

September 25, 2018

PER CURIAM.

AFFIRMED.

MAKAR, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Russell K. Simard, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Erich Messenger, Assistant Attorney General, Tallahassee, for Appellee.